Joseph P. Collins, Esq. (SBN 163442)
1541 Ocean Ave, #200
Santa Monica, CA 90401
PH - (310) 424-1466
FX - (310) 424-1410
Email: joecollins.law@gmail.com

Eric H. Chadwick
[*Pro hac vice* application pending]
Aaron W. Davis
[*Pro hac vice* application pending]
Patterson Thuente Christensen Pedersen, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266
Email: chadwick@ptslaw.com
Email: davis@ptslaw.com

FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
11 APR 29 PM 1:07
BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CARDIAC SCIENCE CORPORATION,

　　　　Plaintiff,

v.

LIFECOR, INC., and
ZOLL MEDICAL CORPORATION,

　　　　Defendants.

Civil File No. CV11-03710 JFW VBKx

**(JURY TRIAL DEMANDED)**

### PLAINTIFF'S COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY JUDGMENT

Plaintiff Cardiac Science Corporation, by its attorneys, brings this Complaint against Defendants LifeCor, Inc. and ZOLL Medical Corporation (hereinafter collectively referred to as "Defendants"), and hereby states and alleges as follows:

1

Plaintiff's Complaint for Breach of
Contract and Declaratory Judgment

## PARTIES

1. Plaintiff Cardiac Science Corporation ("Cardiac Science") is a Delaware corporation with its corporate headquarters and principal place of business in Bothell, Washington. Cardiac Science Corporation is a successor to Cardiac Science, Inc. Cardiac Science maintains a corporate office in Irvine, California, in the Central District.

2. Defendant LifeCor, Inc. ("LifeCor") is a Pennsylvania corporation with its corporate headquarters and principal place of business in Pittsburgh, Pennsylvania.

3. Defendant ZOLL Medical Corporation ("ZOLL Medical") is a Massachusetts corporation with its corporate headquarters and principal place of business in Chelmsford, Massachusetts.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction based on 28 U.S.C. § 1332, as there is diversity between the parties to the claims asserted in Cardiac Science's Complaint, and Cardiac Science's claims against Defendants exceed $75,000, exclusive of interests and costs. This Court has subject matter jurisdiction in accordance with 28 U.S.C. §§ 2201 and 2202 with respect to Cardiac Science's declaratory judgment claims.

5. Upon information and belief, Defendants have and do conduct business in this District, and are subject to personal jurisdiction pursuant to Cal. Code of Civ. Pro. § 410.10. In an agreement dated November 12, 2002 ("Cross-License Agreement"), LifeCor also consented and agreed that jurisdiction for proceedings relating to the Cross-License Agreement would lie "exclusively" with the appropriate (state and/or) federal court in Los Angeles County. ZOLL Medical is also bound to that consent and agreement to this Court's exclusive jurisdiction because ZOLL Medical is a successor and/or assign to the Cross-License Agreement.

6. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(a) and (c) as Defendants are subject to personal jurisdiction and do business in this District. In the Cross-License Agreement dated November 12, 2002, LifeCor consented and agreed that venue for proceedings relating to the Cross-License Agreement would lie "exclusively" with the appropriate (state and/or) federal court in Los Angeles County. ZOLL Medical is also bound to that consent and agreement to exclusive venue in this Court because ZOLL Medical is a successor and/or assign to the Cross-License Agreement.

## FACTS COMMON TO ALL CLAIMS

7. Cardiac Science restates, realleges, and incorporates by reference the allegations set forth in paragraphs 1 through 6.

8. Cardiac Science and LifeCor entered into a written agreement entitled "Cross-License Agreement" that had the effective date of November 12, 2002.

9. According to Section 8.1, the term of the Cross-License Agreement was for 12 years, commencing on the effective date of November 12, 2002. The Cross-License Agreement still remains in effect and has not been terminated.

10. Pursuant the terms of the Cross-License Agreement, Cardiac Science granted to LifeCor a license to a number of Cardiac Science's patents, patent applications, proprietary RHYTHMx® software, software derivatives and the RHYTHMx® trademark, within the field of wearable, external, automatic defibrillators intended for ambulatory patient applications.

11. LifeCor was not allowed to sublicense Cardiac Science's patents and patent applications, as the license was "non-sublicensable" according to Section 2.1.

12. Section 4.1 required that LifeCor pay Cardiac Science (a) a lump-sum fee and (b) a separate per-unit royalty for each wearable, external, automatic defibrillator product or device

3

Plaintiff's Complaint for Breach of Contract and Declaratory Judgment

intended for ambulatory patient applications, whether or not it practiced, embodied, incorporated, or was manufactured by or with the use of Cardiac Science's patents or software.

13. Section 2.8 included covenants not to sue between Cardiac Science and LifeCor, and Section 2.9 contained alternative dispute resolution provisions in the event that a patent infringement issue arose between Cardiac Science and LifeCor.

14. Also pursuant to the terms of the Cross-License Agreement, LifeCor granted to Cardiac Science a license to a number of LifeCor's patents and patent applications within the field of wearable, external, automatic defibrillators intended for ambulatory patient applications.

15. Two of the patents that LifeCor licensed to Cardiac Science in the Cross-License Agreement were U.S. Patent No. 5,929,601 and U.S. Patent No. 6,169,387.

16. On or about April 10, 2006, ZOLL Medical acquired substantially all of LifeCor's assets and assumed LifeCor's liabilities.

17. Included in that asset transfer were LifeCor's U.S. Patent No. 5,929,601 and U.S. Patent No. 6,169,387.

18. ZOLL Medical currently owns U.S. Patent No. 5,929,601 and U.S. Patent No. 6,169,387.

19. Cardiac Science still has a license to U.S. Patent No. 5,929,601 and U.S. Patent No. 6,169,387 pursuant to the terms of the Cross-License Agreement. ZOLL Medical is the licensor to Cardiac Science of these two patents.

20. LifeCor is currently a subsidiary of ZOLL Medical.

21. LifeCor and ZOLL Medical share offices at 121 Gamma Drive, Pittsburgh, Pennsylvania.

22. LifeCor and ZOLL Medical share offices at 121 Freeport Road, Pittsburgh, Pennsylvania.

23. Marshal W. Linder was the Chief Operating Officer of LifeCor when the Cross-License Agreement was signed.

24. Marshal W. Linder is currently a corporate executive for LifeCor.

25. As of April 27, 2011, LifeCor was an active corporation in the state of Pennsylvania, and has not been dissolved.

26. On April 10, 2006, through its acquisition of LifeCor, ZOLL Medical became a successor to LifeCor's wearable, external, automatic defibrillator business. ZOLL has operated the LifeCor business through its ZOLL LifeCor subsidiary.

27. Upon information and belief, LifeCor continues to sell, license, lease, distribute, and/or otherwise transfer wearable, external, automatic defibrillator products.

28. Upon information and belief, ZOLL Medical has and continues to sell, license, lease, distribute, and/or otherwise transfer wearable, external, automatic defibrillator products, including the LifeVest® products previously and/or contemporaneously sold, licensed, leased, distributed, and/or otherwise transferred by LifeCor.

## COUNT I
## BREACH OF CONTRACT

29. Cardiac Science restates, realleges, and incorporates by reference the allegations set forth in paragraphs 1 through 28.

30. Cardiac Science and LifeCor are parties to the Cross-License Agreement.

31. ZOLL Medical is an assign and/or successor to the Cross-License Agreement based upon ZOLL Medical's acquisition of LifeCor.

32. Upon information and belief, Defendants continue to sell, license, lease, distribute, and/or otherwise transfer wearable, external, automatic defibrillator products.

33. Cardiac Science has continued to provide a license and otherwise abide by the terms of the Cross-License Agreement.

34. Defendants have refused to pay Cardiac Science as required in Article 4 and Exhibit D to the Cross-License Agreement.

35. As a direct result of Defendants' breaches of the Cross-License Agreement, Cardiac Science has been damaged in amounts exceeding $500,000.

36. Cardiac Science has demanded an audit from Defendants pursuant to Section 4.5 of the Cross-License Agreement.

37. Defendants have refused to allow Cardiac Science to exercise its audit rights.

38. Cardiac Science seeks its out-of-pocket expenses, including its attorney's fees and costs related to this action, incurred in connection with performing an audit of Defendants' books.

39. Pursuant to Section 4.2, Cardiac Science also seeks interest owed on any and all late payments by Defendants.

## COUNT II
## DECLARATORY JUDGMENT OF NO TERMINATION

40. Cardiac Science restates, realleges, and incorporates by reference the allegations set forth in paragraphs 1 through 39.

41. There is an actual controversy between the parties with regard to LifeCor's contention that it properly and effective terminated certain terms of the Cross-License Agreement.

42. Cardiac Science seeks a declaration for the Court that neither LifeCor nor ZOLL Medical effectively and properly terminated the Cross-License Agreement, particularly the obligation to pay Cardiac Science pursuant to Article 4.

## COUNT III
## DECLARATORY JUDGMENT THAT ZOLL MEDICAL IS A SUCCESSOR AND/OR ASSIGN TO THE CROSS-LICENSE AGREEMENT

43. Cardiac Science restates, realleges, and incorporates by reference the allegations set forth in paragraphs 1 through 42.

44. There is an actual controversy between the parties with regard to ZOLL Medical's contention that it is not bound to the terms of the Cross-License Agreement.

45. Cardiac Science seeks a declaration for the Court that ZOLL Medical is a successor and/or assign to the Cross-License Agreement and is bound by its terms.

## JURY DEMAND

46. Pursuant to FED. R. CIV. P. 38(b), Cardiac Science requests a trial by jury of all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Cardiac Science Corporation respectfully requests that this Court:

(a) Enter judgment holding that Defendants, and each of them, breached the Cross-License Agreement, Defendants be enjoined from any further breaches, and Cardiac Science is entitled to damages in excess of $500,000, along with interest payments allowed by the Cross-License Agreement or otherwise by law;

(b) Enter judgment holding that neither LifeCor nor ZOLL Medical legitimately or properly terminated the Cross-License Agreement;

(c) Enter judgment holding that ZOLL Medical is a successor and/or assign to the Cross-License Agreement and is bound by its terms;

(d) Grant Cardiac Science its costs in addition to its attorneys' fees, in accordance with Section 4.5 of the Cross-License Agreement, and otherwise according to law;

(e) Grant Cardiac Science damages of pre-judgment and post-judgment interest on its damages as allowed by law; and

(f) Grant Cardiac Science such other relief as the Court may deem just and equitable.

Respectfully submitted,

Dated: April 29, 2011    By: _____
Joseph P. Collins, Esq. (SBN 163442)
1541 Ocean Ave, #200
Santa Monica, CA 90401
PH - (310) 424-1466
FX - (310) 424-1410
Email: joecollins.law@gmail.com

Eric H. Chadwick
[*Pro hac vice* application pending]
Aaron W. Davis
[*Pro hac vice* application pending]
Patterson Thuente Christensen Pedersen, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266
Email: chadwick@ptslaw.com
Email: davis@ptslaw.com

**ATTORNEYS FOR PLAINTIFF**

890590

Plaintiff's Complaint for Breach of Contract and Declaratory Judgment

8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

```
CV11- 3710 JFW (VBKx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Joseph P. Collins, Esq. (SBN 163442)
1541 Ocean Ave, #200
Santa Monica, CA 90401
PH - (310) 424-1466
FX - (310) 424-1410
Email: joecollins.law@gmail.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| CARDIAC SCIENCE CORPORATION, PLAINTIFF(S)<br>v.<br>LIFECOR, INC., and ZOLL MEDICAL CORPORATION DEFENDANT(S). | CV11 03710 JFW VBKx<br><br>SUMMONS |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Joseph P. Collins _____, whose address is 1541 Ocean Ave., #200, Santa Monica, CA 90401 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: APR 2 9 2011                 By: CHRISTOPHER POWERS
                                         Deputy Clerk
                                         (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                          SUMMONS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

CARDIAC SCIENCE CORPORATION

**DEFENDANTS**

LIFECOR, INC. and ZOLL MEDICAL CORPORATION

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Joseph P. Collins, 1541 Ocean Ave., #200, Santa Monica, CA 90401;
Tel: 310-424-1466

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** JURY DEMAND: ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
CLASS ACTION under F.R.C.P. 23: ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $ > $500,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Section 1332

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☒ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

CV11 03710

FOR OFFICE USE ONLY:    Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                 CIVIL COVER SHEET                                Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):  _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Massachusetts (ZOLL)<br>Pennsylvania (LIFECOR) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Pennsylvania |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _[signature]_     Date _April 29, 2011_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |